UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:  
    GILMORE ELDON ERICKSON  
    DRESDEN MARIA ERICKSON  
    Debtor(s)

Case No. 09-52811 ASW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Devin Derham-Burk, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/15/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/14/2009.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,475.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,000.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,000.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,065.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $185.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,250.00** |

Attorney fees paid and disclosed by debtor: $4,676.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1053 PARK LLC (TONY BAYORD) | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| 160 WEST SANTA CLARA OFFICE INC | Unsecured | 0.00 | 581,934.71 | 581,934.71 | 0.00 | 0.00 |
| ABNB GLOBAL INVESTMENT LLC | Unsecured | 250,000.00 | NA | NA | 0.00 | 0.00 |
| ADCO ENGINEERING | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| ALICE KAO | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| ALLEN FRENCH | Unsecured | 125,000.00 | NA | NA | 0.00 | 0.00 |
| ALLEN L WILHELM | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| ARMBURST AND BROWN LLP | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| B RONALD RUSSELL | Secured | 2,500,000.00 | NA | 1,172,600.60 | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 1,405,000.00 | 1,430,620.50 | 1,430,620.50 | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 0.00 | 15,838.35 | 15,838.35 | 0.00 | 0.00 |
| BERLINER COHEN | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| BILL STROHMEYER | Unsecured | 600,000.00 | NA | NA | 0.00 | 0.00 |
| BLACKHAWK VENTURES INC | Unsecured | 100,000.00 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS OF CALIFORNIA | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| BRIAN ZHAO | Unsecured | 125,000.00 | NA | NA | 0.00 | 0.00 |
| BRYAN & LORI GALBREATH | Unsecured | 150,000.00 | NA | NA | 0.00 | 0.00 |
| BURCH LIVING TRUST (LYDIA BURC | Unsecured | 250,000.00 | NA | NA | 0.00 | 0.00 |
| C&B CONSULTING ENGINEERS | Unsecured | 32,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL CLUB | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 816.19 | 816.19 | 816.19 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 483.92 | 483.92 | 483.92 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1.98 | NA | NA | 0.00 | 0.00 |
| CHAO-WIN TING | Unsecured | 100,000.00 | NA | NA | 0.00 | 0.00 |
| CHARLES ROSENBERG | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 11,103.44 | 10,628.55 | 10,628.55 | 0.00 | 0.00 |
| CHING-JUNG LIN (HOPE LIN) | Unsecured | 400,000.00 | NA | NA | 0.00 | 0.00 |
| CITI CARDS | Unsecured | 5,347.33 | NA | NA | 0.00 | 0.00 |
| CITIZENS AUTO FINANCE | Secured | 19,568.00 | 18,838.57 | 18,838.57 | 516.67 | 233.33 |
| COTTTONG TANIGUCHI | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COURTNEY & DAFFNEY SHELBOURN | Unsecured | 300,000.00 | NA | NA | 0.00 | 0.00 |
| DANNY TRAN | Unsecured | 200,000.00 | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
| DARLA CLEVELAND | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| DAVID J POWERS | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| DAVID S HOFFMAN | Secured | 0.00 | NA | 800,000.00 | 0.00 | 0.00 |
| DENNIS DREHER | Unsecured | 100,000.00 | NA | NA | 0.00 | 0.00 |
| DEXTER ENG | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| DIANA MARK | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| DIANA PRICE | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| DINESH GAUBA | Unsecured | 318,634.66 | NA | NA | 0.00 | 0.00 |
| DOUCET & ASSOCIAATES INC | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| EDITH L & ROBERT A BARAN | Unsecured | 450,000.00 | NA | NA | 0.00 | 0.00 |
| EDWARD & ROSEMARY TAVARES | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| ELIZABETH M PAPPY ESQ | Unsecured | NA | 696,208.32 | 696,208.32 | 0.00 | 0.00 |
| FARM ADVERTISING | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| FASTTRAK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FELIZA & JON IRVIN | Unsecured | 125,000.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES NA | Unsecured | 0.00 | 338.89 | 338.89 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 0.00 | NA | 15,856.61 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | 0.00 | 9,087.39 | 9,087.39 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | 0.00 | 253,645.84 | 253,645.84 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | 200,000.00 | 248,901.62 | 248,901.62 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | 0.00 | 310,988.60 | 310,988.60 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 0.00 | 242,529.75 | 242,529.75 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 0.00 | 197,857.47 | 197,857.47 | 0.00 | 0.00 |
| GEORESTORATION INC | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| HELLER MANUS ARCHITECT | Unsecured | 75,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 0.00 | 2,666.18 | 2,666.18 | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | NA | 3,065.23 | 3,065.23 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 45,836.00 | 147,000.00 | 147,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 118,112.00 | 680,048.24 | 680,048.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| JACK & SHELIA DALY | Unsecured | 750,000.00 | NA | NA | 0.00 | 0.00 |
| JACK BROESAMLE JR | Unsecured | 400,000.00 | NA | NA | 0.00 | 0.00 |
| JACK CHAN (YEE-KEONG CHAN) | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| JAMIE CASTILLO | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| JASON LIN | Unsecured | 100,000.00 | NA | NA | 0.00 | 0.00 |
| JAY LIU | Unsecured | 100,000.00 | NA | NA | 0.00 | 0.00 |
| JAY T JAMBECK ESQ | Secured | 0.00 | NA | 351,239.00 | 0.00 | 0.00 |
| JEFF SZAFRANSKY | Secured | 450,000.00 | NA | 550,445.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,290.23 | 2,290.23 | 2,290.23 | 0.00 | 0.00 |
| JEFFREY BRIAN DENNIS | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| JERRY STRANGIS | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| JMH WEISS INC | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| JUAN JOSE VALLEJO | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| JUHI BHATNAGER | Unsecured | 400,000.00 | 300,000.00 | 300,000.00 | 0.00 | 0.00 |
| KEITH ALAN MCKENZIE | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| KEVIN WATTS | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| KO ARCHITECTS | Unsecured | 250,000.00 | NA | NA | 0.00 | 0.00 |
| KOGAN & ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KORTH SUNSERI HAGEY ARCHITECT | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| LA SALLE PARTNER LLC (THOMAS K | Unsecured | 250,000.00 | NA | NA | 0.00 | 0.00 |
| LAMYLE PORTER | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| LANDMARK REALTY ANALYSTS INC | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| LEONARD WONG | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| LINA EGUTKINA | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| LINDA GONCHER | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| Liner Yankelevitz, | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LOWNEY ASSOCIATES | Unsecured | 75,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LPMD ARCHITECTS | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |
| MARIO CASSARA ST & IRIDES ANNA | Unsecured | 400,000.00 | NA | NA | 0.00 | 0.00 |
| MARK K OTO ESQ | Secured | 400,000.00 | NA | 318,634.66 | 0.00 | 0.00 |
| MARK RESIER | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| MARTIN & DIANNE SMITH, TRUSTEE | Unsecured | 0.00 | 350,638.90 | 350,638.90 | 0.00 | 0.00 |
| MARY GREINER | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| MATRA ULLOA & JESSICA BEHRMAN | Unsecured | 150,000.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | 2,637.95 | 2,637.95 | 0.00 | 0.00 |
| MILES BAUER BERGSTROM & WINTE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NANCY LAVONE ADAMS | Unsecured | 125,000.00 | NA | NA | 0.00 | 0.00 |
| NATHAN W COOKE | Unsecured | 150,000.00 | NA | NA | 0.00 | 0.00 |
| NISHKIAN MANNINGER | Unsecured | 75,000.00 | NA | NA | 0.00 | 0.00 |
| NREI | Unsecured | 1,000,000.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK HSBC CARD SERVI | Unsecured | 3,115.83 | NA | NA | 0.00 | 0.00 |
| PACIFIC DESIGN ASSOCIATES INC | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| PASCAL NASS | Unsecured | 250,000.00 | NA | NA | 0.00 | 0.00 |
| PETER J LA BENZ | Unsecured | 150,000.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO ACQUISITIONS LLC | Unsecured | 0.00 | 234.05 | 234.05 | 0.00 | 0.00 |
| PRA RECEIVABLES MNGMT LLC | Unsecured | 0.00 | 477.83 | 477.83 | 0.00 | 0.00 |
| PRA RECEIVABLES MNGMT LLC | Unsecured | 7,254.43 | 7,254.43 | 7,254.43 | 0.00 | 0.00 |
| PRA RECEIVABLES MNGMT LLC | Unsecured | NA | 641.09 | 641.09 | 0.00 | 0.00 |
| PRA RECEIVABLES MNGMT LLC | Unsecured | 300.00 | 326.18 | 326.18 | 0.00 | 0.00 |
| PRA RECEIVABLES MNGMT LLC | Unsecured | 2,351.43 | 2,257.57 | 2,257.57 | 0.00 | 0.00 |
| RAMIN SOHEILI | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| ROBERT DEGRASSE AIA L ST ARCHIT | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| ROBERT HUERTA | Secured | 200,000.00 | NA | 50,000.00 | 0.00 | 0.00 |
| ROBERTO & EDNA NOLASCO | Unsecured | 450,000.00 | 251,994.42 | 251,994.42 | 0.00 | 0.00 |
| RODERICK WEAVER | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| ROMERO ROAD LLC | Unsecured | 350,000.00 | NA | NA | 0.00 | 0.00 |
| RREEF | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| SACRAMENTO COUNTY TAX COLLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SAN JOSE BLUE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SAN JOSE COUNTRY CLUB | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| SIERA LLC (TERESA HEATHER) | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| SIU SAU CHING | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| STAN SHORE | Unsecured | 450,000.00 | NA | NA | 0.00 | 0.00 |
| STATE FUND | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| STERLING PACIFIC | Unsecured | 4,500,000.00 | NA | NA | 0.00 | 0.00 |
| STEVE & ELIZABETH LENES | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| STEVEN R HOFFMAN | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| STEVEN SMITH | Unsecured | 300,000.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT RISER SYSTEMS SF-LLC | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| SUNWORSHIPER HOLDINGS LP | Unsecured | 200,000.00 | NA | NA | 0.00 | 0.00 |
| TAX COLLECTOR SANTA CLARA | Secured | 27,000.00 | NA | NA | 0.00 | 0.00 |
| THE RYNESS COMPANY | Unsecured | 125,000.00 | NA | NA | 0.00 | 0.00 |
| THE SMITH TRUST (DIANNE SMITH) | Unsecured | 250,000.00 | NA | NA | 0.00 | 0.00 |
| TOWER EQUITY PARTNERS | Unsecured | 100,000.00 | NA | NA | 0.00 | 0.00 |
| TRC | Unsecured | 75,000.00 | NA | NA | 0.00 | 0.00 |
| TREADWELL & ROLLO 555 | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| TTM COMMUNICATIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UJWAL BAFNA | Unsecured | 1,000,000.00 | NA | NA | 0.00 | 0.00 |
| US AIRWAYS | Unsecured | 380.36 | NA | NA | 0.00 | 0.00 |
| V&C | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| VIC LABUE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| VICTORIA ARREOLA | Unsecured | 150,000.00 | 150,000.00 | 150,000.00 | 0.00 | 0.00 |
| WATERS FUND MANAGEMENT LLC | Unsecured | 1,000,000.00 | NA | NA | 0.00 | 0.00 |
| WUBBLES & DUFFY | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $1,430,620.50 | $0.00 | $0.00 |
| Mortgage Arrearage | $15,838.35 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,838.57 | $516.67 | $233.33 |
| All Other Secured | $3,258,775.87 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,724,073.29** | **$516.67** | **$233.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $587,387.22 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$587,387.22** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$3,967,566.33** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,250.00 |
| Disbursements to Creditors | $750.00 |
| **TOTAL DISBURSEMENTS:** | **$2,000.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/15/2009         By: /s/ Devin Derham-Burk
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**