| | |
|---|---|
| 1 | David M. Cohen, Esq. (SBN: 160535)<br>dcohen@linerlaw.com |
| 2 | J. Rudy Freeman, Esq. (SBN: 188032)<br>rfreeman@linerlaw.com |
| 3 | LINER GRODE STEIN YANKELEVITZ<br>SUNSHINE REGENSTREIF & TAYLOR LLP |
| 4 | 1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503 |
| 5 | Telephone: (310) 500-3500<br>Facsimile: (310) 500-3501 |
| 6 | |
| 7 | Attorneys for Creditor<br>160 WEST SANTA CLARA OFFICE, INC. |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:

GILMORE ELDON ERICKSON,

Debtor.

Case No. 09-52811-ASW-7

Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**TO THE CLERK OF THE COURT AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP ("Liner"), counsel for 160 West Santa Clara Office, Inc. a creditor of the above-captioned debtor, hereby gives notice of its appearance in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017, 4001 and 9007 of the Federal Rules of Bankruptcy Procedure, Liner requests that copies of all notices, motions, applications, petitions, pleadings, orders, or other papers filed or served in this case whether formal or informal, and other matters, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, email, telephone or otherwise, be sent to the following:

David M. Cohen, Esq.
J. Rudy Freeman, Esq.
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Telecopier: (310) 500-3501
E-mail: rfreeman@linerlaw.com

Request is made that the Clerk of the Court and all parties in interest to which this Request for Special Notice is being mailed, place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in these proposed jointly administered cases.

Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of 160 West Santa Clara Office, Inc.'s:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court;

b. Right to a trial by jury in any case, controversy or proceeding as to any and all matters so triable, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and regardless of whether such jury trial is pursuant to statute or the United States Constitution;

c. Right to have the reference withdrawn by the United States District Court in any manner or Proceeding subject to mandatory or discretionary withdrawal; and

d. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which 160 West Santa Clara Office, Inc. is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved by 160 West Santa Clara Office, Inc., without exception, and without conceding jurisdiction in any way by this filing or by any other participation in this bankruptcy case.

Dated: November 4, 2009

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP

By: */s/ J. Rudy Freeman*
J. Rudy Freeman
Attorneys for 160 West Santa Clara Office, Inc.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503.

On November 4, 2009, I served the within document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action as stated on the attached mailing list.

☒ (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2009, at Los Angeles, California.

| Cassandra Jacobo | /s/ *Cassandra Jacobo* |
|---|---|
| (Type or print name) | (Signature) |

1

CERTIFICATE OF SERVICE

## SERVICE LIST

**Counsel for Debtor**
David A. Boone
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126

**Trustee**
John W. Richardson
5161 Soquel Dr. #F
Soquel, CA 95073

**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

2

Case: 09-52811    Doc# 75    Filed: 11/04/09    Entered: 11/04/09 12:17:27    Page 5 of 5
CERTIFICATE OF SERVICE
0022503/052/ 445111v01